1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SAMNANG TOUCH, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COX AUTOMOTIVE CORP SVCS., LLC, a limited liability company; COX AUTOMOTIVE MOBILITY SOLUTIONS, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 2:23−CV−01945−TLN−CSK<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br><br><br>Complaint Filed:  May 19, 2023 |
|---|---|

**ORDER**

Joint Stipulation to Continue Discovery Deadlines filed by Plaintiff Samnang Touch ("Plaintiff") and Defendants Cox Automotive Corporate Services LLC ("Cox Auto") and Cox Automotive Mobility Solutions, Inc. ("Cox Mobility") (collectively, "Defendants") (collectively, the "Parties") IS HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that the discovery cut-off date be continued to March 6, 2025.

IT IS SO ORDERED.

Dated: August 15, 2024

Troy L. Nunley
United States District Judge

-1-
ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES
Case No. 2:23−CV−01945−TLN−CSK